No. 03A511.  MAXWELL v. SMITH.  Application for certificate of appealability, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. 03–7434.  BENITEZ v. ROZOS, FIELD OFFICE DIRECTOR, MIAMI, IMMIGRATION AND CUSTOMS ENFORCEMENT, 543 U. S. 371. Motion of petitioner for attorney's fees under Equal Access to Justice Act denied without prejudice to filing in the United States Court of Appeals for the Eleventh Circuit.

No. 04–1095.  MINISTRY OF DEFENSE AND SUPPORT FOR THE ARMED FORCES OF THE ISLAMIC REPUBLIC OF IRAN v. ELAHI. C. A. 9th Cir.  The Acting Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 04–9519.  IN RE AL-HAKIM.  Petition for writ of habeas corpus denied.

No. 04–8940.  IN RE NZONGOLA.  Petition for writ of mandamus denied.

No. 04–593.  DOMINO'S PIZZA, INC., ET AL. v. MCDONALD. C. A. 9th Cir.  Certiorari granted.

No. 04–848.  DOLAN v. UNITED STATES POSTAL SERVICE ET AL. C. A. 3d Cir.  Certiorari granted.

No. 04–881.  LOCKHART v. UNITED STATES ET AL.  C. A. 9th Cir.  Certiorari granted.

No. 04–928.  OREGON v. GUZEK.  Sup. Ct. Ore.  Motion of respondent for leave to proceed in forma pauperis granted.  Certiorari granted.

No. 04–1140.  MARTIN ET UX. v. FRANKLIN CAPITAL CORP. ET AL.  C. A. 10th Cir.  Certiorari granted.